**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

JUDGMENT IN CIVIL CASE

| | |
|---|---|
| **AMERICAN NATIONAL PROPERTY & CASUALTY COMPANY,** | : <br> : <br> : Case No. 2:20-cv-00539-ALM-EPD |
| **Plaintiff,** | : <br> : CHIEF JUDGE ALGENON L. MARBLEY |
| v. | : <br> : MAGISTRATE JUDGE DEAVERS |
| **MICHAEL WILLIAMSON, II,** *et al.*, | : <br> : |
| **Defendants.** | : |

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

> IT IS ORDERED AND ADJUDGED that pursuant to the July 1, 2021 Opinion and Order, the Court **GRANTED** Plaintiff's Motion for Summary Judgment. This case is hereby DISMISSED.

**Date: July 1, 2021**                    **Richard W. Nagel, Clerk**

                                   s/Betty L. Clark
                                   Betty L. Clark/Deputy Clerk